# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| CHARLES GENTRY, on behalf of himself individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>   Defendant. | Case No. 2:23-cv-00926<br><br>Judge Sheri Polster Chappell<br><br>Magistrate Judge Nicholas P. Mizell |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Raina C. Borrelli of Turke & Strauss LLP hereby gives her notice as lead counsel for Plaintiff Charles Gentry and is hereby designated as lead counsel for Plaintiff in this proceeding.

Dated: November 2, 2023   Respectfully Submitted,

            By: */s/ Raina C. Borrelli*
              Raina C. Borrelli
              TURKE & STRAUSS LLP
              613 Williamson Street, Suite 201
              Madison, WI 53703
              Telephone: (608) 237-1775
              Facsimile: (608) 509-4423
              raina@turkestrauss.com

              Joshua R. Jacobson
              Florida Bar No. 1002264

                NORMAND PLLC
                3165 McCrory Place, Ste. 175
                Orlando, FL 32803
                Telephone: (407) 603-6031
                jjacobson@normandpllc.com
                ean@normandpllc.com

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system. DATED this 2nd day of November, 2023.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            raina@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423