# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

| | |
|---|---|
| DANIELLE SCHAFER, on behalf of herself individually and all others similar situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-00845<br><br>Action filed:  10/05/23 |
| ELIOT FRANKEBERGER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-00875<br><br>Action filed:  10/11/23 |
| GINA SLIGH, individually and on behalf of all others similar situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>　　　　Defendant. | Case No. 2:23-cv-00890<br><br>Action filed:  10/13/23 |

| | |
|---|---|
| ROBBIN ZEIGLER, individually and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>   Defendant. | Case No. 2:23-cv-00919<br><br>Action filed: 10/19/23 |
| CHARLES GENTRY, on behalf of himself individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>   Defendant. | Case No. 2:23-cv-00926<br><br>Action filed: 10/20/23 |
| KEVAN SEIDNER, on behalf of himself individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>ARIETIS HEALTH, LLC,<br><br>   Defendant. | Case No. 2:23-cv-00944<br><br>Action filed: 10/25/23 |

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS**

PLEASE TAKE NOTICE that Defendant Arietis Health, LLC has filed a Notice of Potential Tag-Along Actions with the Judicial Panel on Multidistrict Litigation and has notified the Panel of all cases currently pending in the Middle District of Florida, of which Defendant is aware and are referenced in the caption of this pleading.  A copy of the notice provided to the Panel is attached hereto as **Exhibit A**.

Dated:  November 9, 2023    Respectfully submitted,

By: */s/ Diana Marie Fassbender*

Diana Marie Fassbender (FL SBN 17095)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC  20005-1706
Telephone: +1 202 339-8400
Facsimile: +1 202 339-8500

*Attorney for Defendant* ARIETIS HEALTH, LLC